```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  ROBIN R. TAYLOR
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone:  (916) 554-2722
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S-04-0039 EJG |
| ) | |
| Plaintiff, ) | APPLICATION AND ORDER FOR |
| ) | WRIT OF HABEAS CORPUS AD |
| v. ) | PROSEQUENDUM |
| ) | |
| LEONARD EDWARD RAMMEL, JR. ) | |
| ) | |
| Defendant. ) | |
| _____) | |

COMES NOW the United States of America by the United States Attorney and represents and shows:

That there is now detained in San Quentin State Prison, San Quentin, California, 94964, in the custody of the Warden, Sheriff or Jailor thereof, LEONARD EDWARD RAMMEL, JR., DOB 08/12/60, CDC V-73392, the defendant in the above-entitled case, which case will be called at 2:00 p.m. for arraignment and plea forthwith, and that it is necessary to have the defendant present in the courtroom of the Honorable Dale A. Drozd, Magistrate Judge of the United States District Court, 8th Floor, Federal Building and U.S. Courthouse, 501 I Street, Sacramento, California; and in order to secure the presence of the defendant it is necessary

that a Writ of Habeas Corpus ad Prosequendum be issued commanding the Warden, Sheriff or Jailor to produce the defendant in Court on said date and at such other dates as may be necessary in order to procure the defendant presence for his arraignment, plea and all other proceedings incident thereto.

WHEREFORE, your petitioner prays for an order directing the issuance of a Writ of Habeas Corpus ad Prosequendum out of and under the seal of this Court, directed to the Warden, Sheriff or Jailor, commanding him to have and produce the above-named defendant in the United States District Court forthwith, and then and there to present the defendant before the Court and from day to day thereafter as may be necessary, and at the termination of the proceedings against the defendant to return defendant to the custody of the Warden, Sheriff or Jailor.

DATED: April 19, 2005.

                                        McGREGOR W. SCOTT
                                        United States Attorney

                              By: /s/ Robin R. Taylor
                                  ROBIN R. TAYLOR
                                  Assistant U.S. Attorney

---

O R D E R

Upon reading and filing the foregoing application in that behalf;

IT IS ORDERED that a Writ of Habeas Corpus ad Prosequendum issue as prayed for herein.

DATED: April 20, 2005.

                              /s/ Dale A. Drozd
                              DALE A. DROZD
                              UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/rammel0039