UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# MEMORANDUM

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

**LODGED**
OCT 20 2005
CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

RE: Leonard Edward RAMMEL, Jr.
Docket Number: 2:04CR00039-01 EJG
**CONTINUANCE OF JUDGMENT AND SENTENCING**

Sir:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from November 4, 2005 to November 18, 2005 at 10:00 a.m. (See attached for amended Schedule for Disclosure)

**REASON FOR CONTINUANCE:** More information is needed regarding a prior conviction in order to determine the guideline calculations.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

Wendy E. Reyes
United States Probation Officer

REVIEWED BY: Karen A. Meusling
Karen A. Meusling
Supervising United States Probation Officer

**FILED**
OCT 24 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Dated: October 11, 2005
Sacramento, California
WR:sa

Attachment

cc: Clerk, United States District Court
United States Attorney's Office
United States Marshal's Office
Federal Defender (If defense counsel is court-appointed)
Probation Office Calendar clerk

✓ Approved            _____   10/21/05
___ Disapproved       Senior United States District Judge    Date

Rev. 8/98
CONTJ&S.EJG

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Number 2:04CR00039-01 |
| Plaintiff, | Schedule for Disclosure of Presentence Report and for Filing of Objections to the Presentence Report. |
| vs. | |
| Leonard Edward RAMMEL, Jr. | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court

| | |
|---|---|
| Judgment and Sentencing Date | 11/18/2005; |
| Motion for Correction of the Presentence Report Shall be Filed with the Court and Served on the Probation Officer & Opposing Counsel no Later Than | 11/10/2005; |
| The Presentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than | 11/04/2005; |
| Counsel's Written Objections to the Presentence Report Shall be Delivered to the Probation Officer & Opposing Counsel no Later Than | 10/28/2005; |
| The Proposed Presentence Report Shall be Disclosed to Counsel no Later Than | 10/14/2005. |

Rev. 8/98
CONTJ&S.EJG