PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| vs. | ) Docket Number: 2:04CR00039-01 |
| **LEONARD EDWARD RAMMEL, JR.** | ) |

On November 18, 2005, the above-named was placed on Supervised Release for a period of 3 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/Toni M. Ortiz
**TONI M. ORTIZ**
**United States Probation Officer**

Dated:   October 27, 2008
         Sacramento, California
         TMO/cp

**REVIEWED BY:**   /s/Kyriacos M. Simonidis
**KYRIACOS M. SIMONIDIS**
**Supervising United States Probation Officer**

**Re:    Leonard Edward RAMMEL, Jr.**
**Docket Number:  2:04CR00039-01**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

| | |
|---|---|
| _10/28/08_ | _/s/ Edward J. Garcia_ |
| **Date** | **EDWARD J. GARCIA** |
| | **Senior United States District Judge** |

Attachment:   Recommendation
cc:      United States Attorney's Office